IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONTOYA REMOND BLACKSHEAR § | | |
|     TDCJ-CID #1471386 § | | |
| v. § | C.A. NO. C-08-117 | |
| § | | |
| S. AMBRIZ, ET AL. § | | |

### ORDER DENYING MOTION FOR COPIES OF PLEADINGS

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. (D.E. 1). Pending is plaintiff's letter-motion for copies of the filings from this action. (D.E. 27). Specifically, he requests "all of my paper work back please so that I may have my paperwork to go throw [sic] with my case that I filed once I leave TDCJ." Id.

On February 27, 2008, plaintiff filed his civil rights complaint. (D.E. 1). On June 4, 2008, his action was dismissed, (D.E. 23), and final judgment was entered. (D.E. 24).

The Fifth Circuit has long established that inmates are not entitled to court records at the Government's expense. See Harless v. United States, 329 F.2d 397, 398-99 (5th Cir. 1964) (per curiam) ("The statutory right to proceed in forma pauperis does not include the right to obtain copies of court order, ... without payment therefore, for use in proposed or prospective litigation."); accord Bennett v. United States, 437 F.2d 1210, 1211 (5th Cir. 1971) (per curiam). Plaintiff seeks copies of documents that he either created or were already provided to him in order to prepare some potential prospective litigation. He has not provided any legal or factual support for his request for such documents.

Plaintiff's letter-motion for copies of the filings from this action, (D.E. 27), is hereby DENIED.

ORDERED this 18th day of June 2008.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE